WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net

*Attorneys for Defendants Select Portfolio Servicing Inc. (incorrectly named as "Select Portfolio Servicing Corporation") and Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST NATIONAL BANK OF ARIZONA; QUALITY LOAN SERVICES CORPORATION; SELECT PORTFOLIO SERVICING CORPORATION; JOHN DOES 1-20, INCLUSIVE; AND ROE CORPORATIONS 1-20, <br><br> Defendants. | Case No.: 2:23-cv-00882-NJK <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND SELECT PORTFOLIO SERVICING INC. TO RESPOND TO COMPLAINT** |

Plaintiff M.T. Real Estate Investment, Inc. ("Plaintiff"), Defendant Select Portfolio Servicing Inc. (incorrectly named as "Select Portfolio Servicing Corporation, "SPS") and Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") hereby submit the following stipulation:

Whereas, Plaintiff filed its Complaint in the Eighth Judicial District Court, State of Nevada, Case No. A-23-870096-C on May 3, 2023. ECF No. 1-1.

Whereas, Defendant SPS removed the action to the United States District Court, District of Nevada, on June 5, 2023. ECF No. 1.

Whereas, the current deadline for Defendants SPS and MERS to respond to the Complaint is June 12, 2023, pursuant to Fed. R. Civ. P. 81(c)(2)(C).

///

1

Whereas, Defendants SPS and MERS seek an additional 14-day extension of the responsive pleading deadline in order to internally investigate and fully assess the allegations in Plaintiff's Complaint. In addition, the parties hereto are analyzing the potential for early resolution of Plaintiff's claims before further engagement in the litigation process may be necessitated.

Wherefore, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the deadline for Defendants SPS and MERS to respond to the Complaint should be extended by 14-days to June 26, 2023. The parties to this Stipulation acknowledge that it is not submitted to the Court for any improper purpose or to cause unnecessary delay.

IT IS SO STIPULATED.

| DATED this 6th day of June, 2023. | DATED this 6th day of June, 2023. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | ARMAND FRIED, ESQ. |
| /s/ Christina V. Miller | /s/ Armand Fried |
| Christina V. Miller, Esq. | Armand Fried, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 10590 |
| 7785 W. Sahara Avenue, Suite 200 | 8668 Spring Mountain Rd., #110 |
| Las Vegas, NV 89117 | Las Vegas, NV 89117 |
| *Attorneys for Defendants Select Portfolio Servicing, Inc. (incorrectly named as "Select Portfolio Servicing Corporation") and Mortgage Electronic Registration Systems, Inc.* | *Attorney for Plaintiff M.T. Real Estate Investment, Inc.* |

**IT IS SO ORDERED**.

DATED: June 12, 2023.

_____
UNITED STATES MAGISTRATE JUDGE