ARMAND FRIED, ESQ.
Nevada Bar Number 10590
8668 Spring Mountain Road, #110
Las Vegas, Nevada. 89117
(702) 781-1999
*Attorney for Plaintiff*
*M.T. REAL ESTATE INVESTMENT, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT, INC., <br><br> Plaintiff, <br><br> -vs- <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST NATIONAL BANK OF ARIZONA; QUALITY LOAN SERVICE CORPORATION; SELECT PORTFOLIO SERVICING CORPORATION; JOHN DOES 1- 20, INCLUSIVE, AND ROE CORPORATIONS 1-20, <br><br> Defendants. | Case No.: 2:23-cv-00882-NJK <br><br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (ECF NO. 8) AND FILE REPLY** |

    Plaintiff M.T. Real Estate Investment, Inc. ("Plaintiff"), Defendant Select Portfolio Servicing Inc. (incorrectly named as "Select Portfolio Servicing Corporation, "SPS") and Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), by and through their respective counsel of record, hereby submit the following stipulation:

    Whereas, Plaintiff's response to Defendants MERS and SPS's Motion to Dismiss (ECF No. 8) is currently due on June 26, 2023. Defendants MERS and SPS's Reply in support of their Motion to Dismiss is due 7 days thereafter.

    Whereas, Plaintiff seeks an extension of time to respond to the Motion to Dismiss as Counsel for Plaintiff has been experiencing health problems in the form of two (2) eye surgeries. In addition, Defendants MERS and SPS seek an extension of time to file their Reply due to the

upcoming Fourth of July holiday, which will necessitate additional time for Defendants to analyze Plaintiff's response and then prepare their Reply.

Wherefore, based on the foregoing,

IT IS HEREBY STIPULATED by and between the parties hereto that Plaintiff shall have additional time, up to and including July 3, 2023, to file its Response to the Motion to Dismiss. ECF No. 8.

IT IS FURTHER STIPULATED that Defendants' Reply shall be due no later than July 12, 2023.

The parties to this Stipulation submit that the requests for extension set forth herein are presented in good faith and not for any improper purpose or to cause prejudice or unnecessary delay.

IT IS SO STIPUALTED.

Dated this 26th day of June, 2023.

Respectfully Submitted,

| | |
|---|---|
| /s/ D. Bryce Finley, Esq. | WRIGHT, FINLAY & ZAK, LLP |
| ARMAND FRIED, ESQ. | /s/ Christina V. Miller, Esq. |
| Nevada Bar Number 10590 | Christina V. Miller, Esq. |
| D. Bryce Finley, Esq. | Nevada Bar Number 12448 |
| Nevada Bar No. 009310 | 7785 W. Sahara Ave., Suite 200 |
| 8668 Spring Mountain Road, #110 | Las Vegas, Nevada 89117 |
| Las Vegas, Nevada. 89117 | (702) 475-7964 |
| (702) 781-1999 | *Attorneys for Defendants* |
| *Attorney for Plaintiff* | *Select Portfolio Servicing, Inc. and Mortgage Electronic Registration Systems, M.T. REAL ESTATE INVESTMENT, INC. Inc.* |

Docket No. 15 is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: June 27, 2023

_____
UNITED STATES MAGISTRATE JUDGE