**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT, INC., | Case No. 2:23-cv-00882-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC., et al., | |
| Defendants. | |

Plaintiff was ordered to file a certificate of interested parties no later than July 5, 2023. Docket No. 20. Plaintiff has failed to file a certificate of interested parties and the deadline to do so has now passed. Accordingly, Plaintiff is **ORDERED** to file a certificate of interested parties no later than **July 10, 2023**. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: July 7, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1