UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC., et al.,<br><br>    Defendant. | Case No. 2:23-cv-00882-JAD-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 4, 2023, a joint proposed discovery plan. IT IS SO ORDERED.

    Dated: July 28, 2023

                                                                     Nancy J. Koppe<br>                                                                  United States Magistrate Judge