WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorney for Defendants Select Portfolio Servicing, Inc. and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST NATIONAL BANK OF ARIZONA; QUALITY LOAN SERVICE CORPORATION; SELECT PORTFOLIO SERVICING CORPORATION; JOHN DOES 1-20, INCLUSIVE, AND ROE CORPORATIONS 1-20,<br><br>Defendants. | Case No.: 2:23-cv-00882-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>ECF No. 41 |

Plaintiff, M.T. Real Estate Investment, Inc., and Defendants, Mortgage Electronic Registration Systems, Inc. and Select Portfolio Servicing, Inc. (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

Pursuant to the settlement entered into by the Parties,

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint shall be dismissed in its entirety WITH PREJUDICE, with each party to bear its own fees and costs.

| | |
|---|---|
| DATED this 20th day of October, 2023. | DATED this 20th day of October, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | ARMAND FRIED, ESQ. |
| /s/ Stephanie Garabedian | /s/ Bryce Finley |
| Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Stephanie Garabedian, Esq.<br>Nevada Bar No. 9612<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Defendants, Select Portfolio Servicing, Inc. and Mortgage Electronic Registration Systems, Inc.* | Armand Fried, Esq.<br>Nevada Bar No. 10590<br>D. Bryce Finley, Esq.<br>Nevada Bar No. 9310<br>8668 Spring Mountain Road, Suite 110<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff M.T. Real Estate Investment, Inc.* |

### ORDER

Based on the parties' stipulation [ECF No. 41] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 24, 2023